# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

VS.                     4:19-cr-00218-KGB-4

**VICTOR THOMPSON**

## ORDER OF DETENTION PENDING TRIAL

On May 23, 2019, the Court conducted a bond hearing for Defendant Victor Thompson ("Mr. Thompson").  Mr. Thompson is charged in an Indictment with being a felon in possession of a firearm and ammunition, possession with intent to distribute marijuana, and possession of a firearm in furtherance of a drug trafficking crime.  For the reasons stated on the record at the conclusion of the hearing and in this Order, the Court concludes that Mr. Thompson must be detained.

During the hearing, the United States proffered police reports related to Mr. Thompson's arrest on the current charges and called Grant Humphries, a task force officer who testified about Mr. Thompson's alleged involvement in:  (1)  the events of April 3, 2019 leading to the pending federal charges;  (2) a terroristic act on March 26, 2019, involving a Glock firearm owned by Mr. Thompson;  (3)  a reported domestic battery on May 12, 2016;  and (4)  a reported assault on December 7, 2015;

1

and (5) the events of March 26, 2012 that led to a theft by receiving charge. The Court also has reviewed carefully Mr. Thompson's prior criminal history.

The current federal charge occurred while Mr. Thompson was on probation.[1] Mr. Thompson's prior criminal history and conduct while on state probation provides me with no basis for concluding that Mr. Thompson is likely to comply with any conditions that I might impose.

After carefully considering all of the factors in 18 U.S.C. § 3142(g), the Court made detailed findings from the bench to support its decision that: (1) the Government had proved by clear and convincing evidence that Mr. Thompson poses a danger to the community; and (2) if Mr. Thompson were released, no condition or combination of conditions the Court could impose would reasonably assure the safety of the community. As a result, Mr. Thompson must be detained.

Mr. Thompson is committed to the custody of the United States Marshal or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. He must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a United States Court or on request of an attorney

---

[1] The Bail Reform Act explicitly recognizes the importance of this factor by requiring the Court to consider "whether, at the time of the current offense . . . the person was on probation, on parole, or on other release . . . ." 18 U.S.C. § 3142(g).

for the Government, the person in charge of the corrections facility must deliver him to the United States Marshal for a court appearance.

IT IS SO ORDERED this 23rd of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE