AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 28 2019

JAMES W. McCORMACK, CLERK
By: _____
                          DEP CLERK

| United States of America | |
|---|---|
| v. | Case No.: 4:19CR00218-04 KGB |
| Victor Thompson | |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Victor Thompson**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows: **Felon in Possession of a Firearm, Possession with intent to distribute marijuana, Possession of a firearm in furtherance of a drug-trafficking crime, as further explained in the attached documents.**

Date: May 9, 2019

_____
*Issuing officer's signature*

City and state: Little Rock, Arkansas

JAMES W. MCCORMACK, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 5-21-2019, and the person was arrested on *(date)* 5-17-2019
at *(city and state)* L.R. Arkansas.

Date: 5-21-2019

_____
*Arresting officer's signature*

Jarmall Lovelace TFO FBI
*Printed name and title*